```
             IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                       HOUSTON DIVISION
```

```
IN RE:                                    CASE NO. 10-41182
Carroll, Lisa Marie

DEBTOR(S)                                 CHAPTER 13
```

## DEBTOR'S VOLUNTARY MOTION TO DISMISS
### Notice

This motion seeks an order that may adversely affect you.  If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party.  You must file and serve your response within 21 days of the date this was served on you.  Your response must state why the motion should not be granted.  If you do not file a timely response, the relief may be granted without further notice to you.  If you oppose the motion and have not reached an agreement, you must attend the hearing.  Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.  Represented parties should act through their attorney.

If a party requests emergency consideration, the court may act expeditiously on the matter.  If the court allows a shorter response time than twenty (20) days, you must respond within that time.  If the court sets an emergency hearing before the response time will expire, only attendance at the hearing is necessary to preserve your rights.  If an emergency hearing is not set, you must respond before the response time expires.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

   **COMES NOW**, Debtor, Lisa Marie Carroll, in the above-referenced case by and through his attorney of record, John E. Smith, and would move this Court to dismiss this proceeding and would show the Court the following:

   *The Debtor no longer wishes to prosecute this Chapter 13 proceeding.*

   **WHEREFORE,** Premises Considered, Debtor prays that this case be dismissed.

                              Respectfully submitted,

                              JOHN E. SMITH & ASSOCIATES, P.C.


                              /s/ John E. Smith
                              _____
                              John E. Smith, Attorney for Debtor(s)
                              TBN 18613275   ID #6100
                              2190 North Loop West, Suite 101
                              Houston, Texas  77008
                              (713) 861-5699 PHONE
                              (713) 620-3093 FAX
                              E-Mail:johnsmithattorney@um.att.com

/s/Lisa Marie Carroll
_____
**Lisa Marie Carroll**
**Debtor**

_____

**Joint Debtor (if applicable)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-41182 |
| Carroll, Lisa Marie | |
| DEBTOR(S) | CHAPTER 13 |

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Debtor's Voluntary Motion and Order To Dismiss has been served upon the following parties by regular mail, postage prepaid on December 9, 2010:

Trustee

U.S. Trustee
Richard Simmons
515 Rusk, Suite 3516
Houston, Texas 77002

Debtor(s)
Carroll, Lisa Marie

13111 Rockhill pt
Cypress, TX 77429

Creditors
(Matrix Attached)

John E. Smith, Debtor's Attorney

/s/ John E. Smith
_____
TBN 18613275  ID #6100
1235 North Loop West, Suite 1005
Houston, Texas  77008
(713) 861-5699 PHONE
(713) 861-7173 FAX